CASE 57.—IN RE CITY OF NEWPORT.—January 22, 1909.

Ex parte petition by the City of Newport to construe an ordinance. From the judgment the petitioner appeals. Affirmed.

See, also, 113 S. W. 467.

C. T. Baker, for appellant.

SETTLE, C. J. The ordinance of the city of Newport, presented for construction by this appeal having been construed by this court in its opinion, this day handed down, in the case of City of Newport v. William Fitzer, renders it unnecessary to deliver an opinion in this case. 115 S. W. 742; the opinion in City of Newport v. Fitzer, supra, being conclusive of the questions involved in this case.

Judgment affirmed.

### NOTE BY REPORTER:

See preceding case.